IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Pamela D | Case Number: 05 B 63380 |
| | Judge: Hollis, Pamela S |
| Printed: 4/29/08 | Filed: 11/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 17, 2008
Confirmed: January 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,660.00 | |
| Secured: | | 10,947.93 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,950.00 |
| Trustee Fee: | | 762.07 |
| Other Funds: | | 0.00 |
| Totals: | 14,660.00 | 14,660.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,950.00 | 2,950.00 |
| 2. | Coldwell Banker | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 6. | Chicago Area Fed Credit Union | Secured | 16,680.29 | 6,300.00 |
| 7. | Coldwell Banker | Secured | 12,502.72 | 4,647.93 |
| 8. | Chicago Area Fed Credit Union | Unsecured | 8,754.63 | 0.00 |
| 9. | American General Finance | Unsecured | 1,932.63 | 0.00 |
| 10. | First Premier | Unsecured | | No Claim Filed |
| 11. | General Finance Inc | Unsecured | | No Claim Filed |
| 12. | Chicago Area Fed Credit Union | Unsecured | | No Claim Filed |
| 13. | Mercy Hospital | Unsecured | | No Claim Filed |
| | | | $ 42,820.27 | $ 13,897.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 241.88 |
| 5% | 109.96 |
| 4.8% | 201.59 |
| 5.4% | 208.64 |
| | $ 762.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Pamela D | Case Number:  05 B 63380 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/29/08 | Filed:  11/9/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

